1  **ARIS ARTOUNIANS, ESQ.**
   California State Bar No. 170467
2  450 N. Brand Blvd., Suite 600
   Glendale, CA 91203-2349
3  Tel: (818) 291-6300   Fax: (818) 291-6301
   Email: aris@arislawgroup.com

4

5

6

7                    UNITED STATES DISTRICT COURT

8                   **CENTRAL DISTRICT OF CALIFORNIA**

9

10

11 **Mayis Nazaryan**,                    )   Case No.: **5:26-cv-00913**
                                          )
                        **Petitioner**,   )   **PETITIONER'S EX PARTE APPLICATION**
12                                        )   **FOR TEMPORARY RESTRAINING ORDER**
                                          )   **AND PRELIMINARY INJUNCTION;**
13          vs.                           )   **MEMORANDUM OF POINTS AND**
   WARDEN, Adelanto ICE Processing Center – Desert )   **AUTHORITIES;**
14 View Facility;                         )   **DECLARATION OF COUNSEL**
   PATRICIA M. COLBERT, Field Office Director of the )
15 Los Angeles Field Office,              )   PURSUANT TO 28 U.S.C. § 2241
   U.S. Immigration and Customs Enforcement; )
16 KRISTI NOEM, Secretary of the U.S. Department of )
   Homeland Security; and                 )
17 PAM BONDI, Attorney General of the United States, )
                                          )
18 **Respondents:**                       )
                                          )
19 _____
20

21

22 DATED: February 27, 2026

23

24

25

26       **PETITIONER'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING**
                                    **ORDER**
27

28

Petitioner Mayis Nazaryan ("Mr. Nazaryan"), by and through counsel of record Aris Artounians, respectfully requests that this Court grant his Ex Parte Application for a Temporary Restraining Order and Preliminary Injunction.

The grounds for this application are set forth in the accompanying Memorandum of Points and Authorities, the Petition for Writ of Habeas Corpus, the attached Declaration of Counsel, and the applicable law. A proposed order accompanies this application.

Petitioner seeks immediate release from immigration custody because his continued detention presents an imminent and irreparable medical danger due to his documented history of brain cancer, craniotomy, and epilepsy, and his current daily seizure activity in detention.

DATED: February 27, 2026

Respectfully submitted,

Aris Artounians
Attorney for Petitioner

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.  INTRODUCTION AND FACTUAL BACKGROUND

Petitioner Mayis Nazaryan is a native and citizen of Armenia who entered the United States on December 5, 2023, near San Ysidro, California, as an arriving alien. DHS issued a Notice to Appear charging him under INA § 212(a)(7)(A)(i)(I). His removal proceedings remain pending.

After entry, Mr. Nazaryan was released and lived peacefully in California. He obtained a valid Employment Authorization Document and worked lawfully as an auto body technician ("bodyman"). He supported himself and intended to pay taxes for the year.

In December 2025, ICE arrested Mr. Nazaryan in San Bernardino County following an encounter related solely to an expired driver's license. At the time, he possessed valid work authorization and had no violent criminal history.

ICE transferred him to the Adelanto ICE Processing Center – Desert View Facility, where he remains detained.

Mr. Nazaryan has not received a bond hearing or individualized custody redetermination since his re-detention.

This case presents an urgent medical emergency.

Mr. Nazaryan has a documented history of:

- Intracerebral tumor (Astrocytoma WHO Grade II)
- Open cranial surgery (craniotomy)
- Residual neurological damage
- Diagnosed epilepsy
- Ongoing anti-seizure medication (Letiram)

Since detention, Mr. Nazaryan has experienced seizures on a near-daily basis, along with severe anxiety and neurological instability.

Each seizure places him at risk of collapse, head trauma, oxygen deprivation, permanent neurological damage, and potentially fatal complications.

## II. ARGUMENT

To obtain temporary and preliminary injunctive relief, Petitioner must demonstrate:

1. Likelihood of success on the merits;

2. Likelihood of irreparable harm;

3. Balance of equities tips in his favor; and

4. An injunction is in the public interest.

*Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7 (2008).

When the government is the opposing party, the final two factors merge. *Nken v. Holder*, 556 U.S. 418 (2009).

### A. *Petitioner Is Likely to Succeed on the Merits*

- Continued Detention Without Bond Hearing Violates Due Process

Petitioner is detained under INA § 1226(a), a discretionary detention provision. Individuals detained under § 1226(a) are entitled to a bond hearing before an Immigration Judge. 8 C.F.R. §§ 1003.19; 1236.1.

Mr. Nazaryan has not received such a hearing.

Civil immigration detention is subject to constitutional limits. *Zadvydas v. Davis*, 533 U.S. 678, 690 (2001). Freedom from physical restraint lies at the core of liberty protected by the Due Process Clause.

Continued detention without individualized review violates procedural due process.

- Medically Dangerous Civil Detention Violates the Fifth Amendment

Mr. Nazaryan is a neurologically fragile detainee with a history of brain cancer and craniotomy. He now experiences daily seizures in detention.

Civil detention may not become punitive. *Demore v. Kim*, 538 U.S. 510 (2003).

Detaining an individual whose medical condition is rapidly deteriorating serves no legitimate regulatory purpose and violates substantive due process.

Petitioner is therefore likely to succeed on the merits.

### B. Petitioner Will Suffer Irreparable Harm Absent Immediate Relief

Irreparable harm exists where no adequate legal remedy can compensate for injury. *Winter*, 555 U.S. at 22.

Here, Petitioner faces:

- Daily seizure episodes

- Risk of traumatic brain injury

- Risk of permanent neurological decline

- Risk of sudden unexpected death in epilepsy (SUDEP)

No monetary damages can repair permanent brain injury.

The harm is immediate and ongoing.

### C. Balance of Hardships and Public Interest Favor Release

Petitioner faces life-threatening medical risk.

Respondents face minimal hardship from releasing him under supervision. Petitioner has a U.S. citizen uncle sponsor prepared to provide housing, transportation, and compliance monitoring.

The government cannot suffer harm from an injunction that prevents unconstitutional detention.

The public interest favors constitutional compliance and protection of medically vulnerable detainees.

## III. CONCLUSION

For the foregoing reasons, Petitioner respectfully requests that this Court grant the Temporary Restraining Order and order Respondents to release him from custody forthwith.

In the alternative, Petitioner requests that Respondents be ordered to provide him with a bond hearing before a neutral Immigration Judge within seven (7) days.

DATED: February 27, 2026

Respectfully submitted,

Aris Artounians
Attorney for Petitioner

## DECLARATION OF ARIS ARTOUNIANS

I, Aris Artounians, declare:

I am an attorney licensed to practice in the State of California and admitted to practice before this Court. I am counsel of record for Petitioner Mayis Nazaryan.

On February 25, 2026, I contacted the United States Attorney's Office and the Office of Immigration Litigation to notify them of Petitioner's intent to seek emergency relief and to ascertain their position regarding this application. As of the time of filing, I have not received a substantive response.

Based on medical records provided to counsel, Petitioner has a documented history of brain cancer, craniotomy, and epilepsy.

Based on communications with Petitioner's family, Petitioner has been experiencing seizures on a near-daily basis while detained at Adelanto.

Petitioner has not received a bond hearing since his re-detention in December 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 27, 2026, in Glendale, California.

**Dated:** February 27, 2026

**Respectfully submitted,**

**Aris Artounians, Esq.**

Attorney at Law

# Exhibit A

DEPARTMENT OF HOMELAND SECURITY
# NOTICE TO APPEAR

| In removal proceedings under section 240 of the Immigration and Nationality Act: | Event No: SYS2412002237 |
|---|---|

Subject ID : 206977422  FIN #: 1350625817
SIGMA Event: 57391499   DOB: 05/01/1983
In the Matter of: NAZARYAN, MAYIS

File No: 244296427

Respondent: NAZARYAN, Mayis _____ currently residing at:

7905 Beckett Street,Los Angeles,CALIFORNIA 91040,UNITED STATES OF AMERICA          818-335-5188

(Number, street, city, state and ZIP code)          (Area code and phone number)

[x]  You are an arriving alien.

[ ]  You are an alien present in the United States who has not been admitted or paroled.

[ ]  You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:
1. You are not a citizen or national of the United States;
2. You are a native of ARMENIA and a citizen of ARMENIA;
3. You applied for admission on 12/05/2023 at SAN YSIDRO, CA, USA;
4. You are an immigrant not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Immigration and Nationality Act;

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:
See Continuation Page Made a Part Hereof

[ ]  This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

[ ]  Section 235(b)(1) order was vacated pursuant to:    [ ] 8CFR 208.30    [ ] 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:
6230 VAN NUYS BLVD STE 300,
VAN NUYS, CA, US 91401

(Complete Address of Immigration Court, including Room Number, if any)

on July 10, 2024____ at 08:00 AM____ to show why you should not be removed from the United States based on the
(Date)                (Time) SYLVESTER, Brenden L

charge(s) set forth above.        CBP OFFICER

(Signature and Title of Issuing Officer)        Digitally Acquired Signature

Date: December 5, 2023____        San Ysidro , CALIFORNIA

(City and State)

**Notice to Respondent**

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are in removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 1003.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents that you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing. At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear, including that you are inadmissible or removable. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge. You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of voluntary departure. You will be given a reasonable opportunity to make any such application to the immigration judge.

**One-Year Asylum Application Deadline:** If you believe you may be eligible for asylum, you must file a Form 1-589, Application for Asylum and for Withholding of Removal. The Form 1-589, Instructions, and information on where to file the Form can be found at **www.uscis.gov/i-589.** Failure to file the Form 1-589 within one year of arrival may bar you from eligibility to apply for asylum pursuant to section 208(a)(2)(B) of the Immigration and Nationality Act.

**Failure to appear:** You are required to provide the Department of Homeland Security (DHS), in writing, with your full mailing address and telephone number. You must notify the Immigration Court and the DHS immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to your local DHS office, listed on the internet at **http://www.ice.gov/contact/ero,** as directed by the DHS and required by statute and regulation. Immigration regulations at 8 CFR 1241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after your departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Immigration and Nationality Act.

**U.S. Citizenship Claims:** If you believe you are a United States citizen, please advise the DHS by calling the ICE Law Enforcement Support Center toll free at (855) 448-6903.

**Sensitive locations:** To the extent that an enforcement action leading to a removal proceeding was taken against Respondent at a location described in 8 U.S.C. § 1229(e)(1), such action complied with 8 U.S.C. § 1367.

---

**Request for Prompt Hearing**

To expedite a determination in my case, I request this Notice to Appear be filed with the Executive Office for Immigration Review as soon as possible. I waive my right to a 10-day period prior to appearing before an immigration judge and request my hearing be scheduled.

Before: _____

_____
*(Signature of Respondent)*

Date: _____

_____
*(Signature and Title of Immigration Officer)*

---

**Certificate of Service**

This Notice To Appear was served on the respondent by me on <u>December 5, 2023</u>, in the following manner and in compliance with section 239(a)(1) of the Act.

[X] in person    [ ] by certified mail, returned receipt # _____ requested    [ ] by regular mail
[X] Attached is a credible fear worksheet.
[X] Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the _____ **SPANISH** _____ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____          **SYLVESTER, Brenden L**          _____
*Digitally Acquired Signature*              **CBP OFFICER**                     *Digitally Acquired Signature*
*(Signature of Respondent if Personally Served)*          *(Signature and Title of officer)*

Uploaded on 12/5/2023 at 03:31:42 PM (Pacific Standard Time)   Basic City, VA 26   Page 11 of 41   Page ID
Case 5:26-cv-00913-SPG-DFB   Document 2   Filed 02/27/26
#:59

Privacy Act Statement

**Authority:**
The Department of Homeland Security through U.S. Immigration and Customs Enforcement (ICE), U.S. Customs and Border Protection (CBP), and U.S. Citizenship and Immigration Services (USCIS) are authorized to collect the information requested on this form pursuant to Sections 103, 237, 239, 240, and 290 of the Immigration and Nationality Act (INA), as amended (8 U.S.C. 1103, 1229, 1229a, and 1360), and the regulations issued pursuant thereto.

**Purpose:**
You are being asked to sign and date this Notice to Appear (NTA) as an acknowledgement of personal receipt of this notice. This notice, when filed with the U.S. Department of Justice's (DOJ) Executive Office for Immigration Review (EOIR), initiates removal proceedings. The NTA contains information regarding the nature of the proceedings against you, the legal authority under which proceedings are conducted, the acts or conduct alleged against you to be in violation of law, the charges against you, and the statutory provisions alleged to have been violated. The NTA also includes information about the conduct of the removal hearing, your right to representation at no expense to the government, the requirement to inform EOIR of any change in address, the consequences for failing to appear, and that generally, if you wish to apply for asylum, you must do so within one year of your arrival in the United States. If you choose to sign and date the NTA, that information will be used to confirm that you received it, and for recordkeeping.

**Routine Uses:**
For United States Citizens, Lawful Permanent Residents, or individuals whose records are covered by the Judicial Redress Act of 2015 (5 U.S.C. § 552a note), your information may be disclosed in accordance with the Privacy Act of 1974, 5 U.S.C. § 552a(b), including pursuant to the routine uses published in the following DHS systems of records notices (SORN): DHS/USCIS/ICE/CBP-001 Alien File, Index, and National File Tracking System of Records, DHS/USCIS-007 Benefit Information System, DHS/ICE-011 Criminal Arrest Records and Immigration Enforcement Records (CARIER), and DHS/ICE-003 General Counsel Electronic Management System (GEMS), and DHS/CBP-023 Border Patrol Enforcement Records (BPER). These SORNs can be viewed at https://www.dhs.gov/system-records-notices-sorns. When disclosed to the DOJ's EOIR for immigration proceedings, this information that is maintained and used by DOJ is covered by the following DOJ SORN: EOIR-001, Records and Management Information System, or any updated or successor SORN, which can be viewed at https://www.justice.gov/opcl/doj-systems-records. Further, your information may be disclosed pursuant to routine uses described in the abovementioned DHS SORNs or DOJ EOIR SORN to federal, state, local, tribal, territorial, and foreign law enforcement agencies for enforcement, investigatory, litigation, or other similar purposes.

For all others, as appropriate under United States law and DHS policy, the information you provide may be shared internally within DHS, as well as with federal, state, local, tribal, territorial, and foreign law enforcement; other government agencies; and other parties for enforcement, investigatory, litigation, or other similar purposes.

**Disclosure:**
Providing your signature and the date of your signature is voluntary. There are no effects on you for not providing your signature and date; however, removal proceedings may continue notwithstanding the failure or refusal to provide this information.

**U.S. Department of Homeland Security**                     **Continuation Page for Form** I862

| Alien's Name<br>**NAZARYAN, MAYIS** | File Number **A-244-296-427**<br>**SIGMA Event: 57391499**<br>**Event No: SYS2412002237** | Date<br>**December 5, 2023** |
| --- | --- | --- |

ON THE BASIS OF THE FOREGOING, IT IS CHARGED THAT YOU ARE SUBJECT TO REMOVAL FROM THE
UNITED STATES PURSUANT TO THE FOLLOWING PROVISION(S) OF LAW:
================================================================================

212(a)(7)(A)(i)(I) of the Immigration and Nationality Act (Act), as amended, as an
immigrant who, at the time of application for admission, is not in possession of a valid
unexpired immigrant visa, reentry permit, border crossing card, or other valid entry
document required by the Act, and a valid unexpired passport, or other suitable travel
document, or document of identity and nationality as required under the regulations issued
by the Attorney General under section 211(a) of the Act.

| Signature<br><br>　　　　　SYLVESTER, Brenden L | Title<br><br>　　CBP OFFICER |
| --- | --- |

*Digitally Acquired Signature*

Form I-831 Continuation Page (Rev. 08/01/07)

# Exhibit B



**Official Website of the Department of Homeland Security**

locator.ice.gov/odls/#/results

**U.S. Immigration and Customs Enforcement**

Home | Who We Are | What We Do | Newsroom | Information Library | Contact ICE

Report Crimes: Email or

# Search Results: 1

**MAYIS NAZARYAN**

**Country of Birth** : Armenia

**A-Number:** 244296427

**Status :** In ICE Custody

**State:** CA

**Current Detention Facility**: ADELANTO DETENTION FACILITY

*\* Click on the Detention Facility name to obtain facility contact information*

BACK TO SEARCH >

**Relat... Infor...**

**Helpful...**
Status of...
About the...
Brochure...
ICE ERO...
ICE Deten...
Privacy N...

**Externa...**
Bureau o...

# Exhibit C

Translation from Armenian

YEREVAN STATE MEDICAL UNIVERSITY AFTER MKHITAR HERATSI

"HERATSI" №1 HOSPITAL COMPLEX

UNIVERSITY NEUROSURGERY AND CEREBRAL PALSY SURGERY SPECIALIZED CENTER

---

Koryun Str. 2, Yerevan City, 0025, RA          Tel.: (+374 10) 58 21 93

November 2, 2022

## CERTIFICATE

This certificate is issued to Mayis Nazaryan, born on 01.05.1983, to certify that on November 1, 2022 he was undergoing inpatient/<u>outpatient</u> treatment.

**The diagnosis**: "A condition after a complete removal of the intracerebral space-occupying neoplasm (ganglioglioma) in the left medial parietal region, shock syndrome".

For dynamic supervision  a brain MRI with contrast (1.5 Tesla) is indicated.

To whom it may concern.

Healthcare providing therapist:          S.H.Badalyan          (a signature)          (a seal)

The translation has been made at the Translation Center «Aregak».
We bear the responsibility for the exactness of the translation and not the facts stated in the text.
Ministry of Justice of the Republic of Armenia, a translator taking part in the Notary Operations of Ministry of Justice of RA.
Director: K. Hakobyan
25.04.2025

TRANSLATOR



ԵՐԵՎԱՆԻ ՄԽԻԹԱՐ ՀԵՐԱՑՈՒ ԱՆՎԱՆ ՊԵՏԱԿԱՆ ԲԺՇԿԱԿԱՆ ՀԱՄԱԼՍԱՐԱՆ
**YEREVAN STATE MEDICAL UNIVERSITY AFTER MKHITARHERATSI**

Հ Ե Ր Ա Ց Ի  Թ Ի Վ  1  Հ Ի Վ Ա Ն Դ Ա Ն Ո Ց Ա Յ Ի Ն  Հ Ա Մ Ա Լ Ի Ր

ՀԱՄԱԼՍԱՐԱՆԱԿԱՆ ՆՅԱՐԴԱՎԻՐԱԲՈՒԺՈՒԹՅԱՆ ԵՎ ԳԼԽՈՒՂԵՂԻ
ԿԱԹՎԱԾՆԵՐԻ ՎԻՐԱԲՈՒԺՈՒԹՅԱՆ ՄԱՍՆԱԳԻՏԱՑՎԱԾ ԿԵՆՏՐՈՆ



ՀՀ, 0025, Երևան, Կորյունի փ. 2        հեռ. (374.10) 58- 21-93

---

« 02 » Նոյեմբեր  2022 թ.

## Տեղեկանք

Տրվում է Մայիս Մասիսի Նազարյանին, 01.05.1983 թ.ծ., առ.այն, որ նա « 01 » նոյեմբերի 2022թ. գտնվել է ստացիոնար/ամբուլատոր բուժման մեջ:

Ախտորոշումը՝ <<Վիճակ ձախ միջայ գացաթային շրջանի ներուղեղային ծավալային գոյացության (զանգլիողլիոմա) ամբողջական հեռացումից հետո, ցնցումային համախտանիշ>>:

Դինամիկ հսկողության նպատակով ցուցված է կատարել գլխուղեղի ՄՌՏ հետազոտություն կոնտրաստով (1,5 Տեսլա):

Տրվում է ներկայացնելու՝ ըստ պահանջի



Բուժող բժիշկ՝                    Մ.Հ.Բաղալյան

Case 5:26-cv-00213-SPG-DTB   Document 2   Filed 02/27/26   #:106

## EXAMINATIONS

| GENERAL BLOOD TEST | | COAGULOGRAM | |
|---|---|---|---|
| Hemoglobin | 120 g/l | Fibrinogen | 3,4 g/l |
| Red Blood Cells | 4,59 x10$^{12}$/l | Prothrombin Time | 12,5 |
| Colour Index | % | Prothrombin Index | 109 % |
| Leukocytes | 327 x10$^9$/l | INR | 0,95 |
| Immature | % | APTT | 36,6 |
| Band | % | | |
| Segmented | % | GENERAL URINE TEST | |
| Eosinophils | 0 % | Relative Density | 1010 |
| Basophils | 0,1 % | Reaction (PH) | 8 |
| Lymphocytes | 15,2 % | Protein | not found |
| Monocytes | 9,5 % | Glucose | absent |
| Neutrophils | 75,2 % | Ketone Bodies | absent |
| Reticulocytes | % | Bilirubin | absent |
| Thrombocytes | 327 x 1000/l | Urobilinogen | normal |
| ESR | 3 mm/hr | Bile Acids | |
| | | Epithelium | 0-1 in sight |
| BIOCHEMICAL BLOOD TEST | | Leukocytes | single |
| | | Red Blood Cells | |
| Total Protein | 74,8 g/l | Casts | |
| Residual Nitrogen | g/l | Mucus | |
| Creatinine | 48 mcmol/l | Salts | |
| Urea | 3,2 mmol/l | | |
| Total Bilirubin | 13 mcmol/l | SEROLOGICAL BLOOD TESTS | |
| Free | 8,4 mcmol/l | RPR | Negative |
| Conjugated | 4,6 mcmol/l | Blood Type | AB (IV) ? |
| Aminotransferases | | Rhesus Factor | Rh+ |
| AST | 25,4 mc/M | | |
| ALT | 17 mc/M | HIV | Negative |
| Glucose | 5,59 mmol/l | Anti B HCV comb IgG | Negative |
| K+ | 4,78 mmol/l | HBsAG II comb. | Negative |
| Na+ | 138 mmol/l | | |

ECG: Sinus rhythm, 60 bpm. Partial right bundle branch block.

….. scopy : Within normal limits.

Brain MRI: The result is attached.

Histological examination: The result is attached.

The Head of the Center:        DMSc, Prof.  R.V. Fanarjyan     (a signature)

(a seal)

Healthcare Providing Therapists:   S.H.Badalyan  (a signature), L.S. Grigoryan  (a signature)

The translation has been made at the Translation Center «Aregak».
We bear the responsibility for the exactness of the translation and not the facts stated in the text.
Ministry of Justice of the Republic of Armenia, a translator taking part in the Notary Operations of Ministry
of Justice of RA.
Director: K. Hakobyan
25.04.2025

«ԱՐԵԳԱԿ»
ԹԱՐԳՄԱՆՉԱԿԱՆ ԿԵՆՏՐՈՆ
"AREGAK" CENTER
TRANSLATION
ԹԱՐԳՄԱՆԻՉ
TRANSLATOR

Uploaded on 2/3/2025 at 2:13:08 PM (Pacific Standard Time) Batch City VNS

## ՀԵՏԱԶՈՏՈՒԹՅՈՒՆՆԵՐ

| Արյան բնդանոսր հետազոտություն | | | Կոագուլոգրամմա | | |
|---|---|---|---|---|---|
| Հեմոգլոբին | 120 | գ/լ | Ֆիբրինոգեն | 3,4 | գ/լ |
| Էրիթրոցիտ | 4,59 | x 10¹²/լ | Պրոթրոմբինային ժամանակ | 12,5 | |
| Գունային ցուցանիշ | | % | Որոթրոմբինային ինդեքս | 109 | % |
| Լեյկոցիտ | 327 | x 10⁹/л | INR | 0,95 | |
| էրիտասարը | | % | ԱPTT | 36,6 | |
| ցույկինեռինհզավոր | | % | | | |
| մեզմնեւստալի ոսզավմր | | % | Մեզի բնդանոսր հետազոտություն | | |
| էոզինֆիլ | 0 | % | Հարաբերական խտություն | 1010 | |
| բազոֆիլ | 0,1 | % | Ռեակցիա (Ph) | 8 | |
| լիմֆոցիտ | 15,2 | % | Մալիտոկաշց | չի հայտն. | |
| մոնոցիտ | 9,5 | % | Գյունկողա | բաց. | |
| սեղտրոֆիլ | 75,2 | % | Կետոնային մարմիններ | բաց. | |
| ռեսիկուլոցիտ | | % | Բիլիռուբին | բաց. | |
| Թրոմբոցիտ | 327 | x1000/լ | Ուրոբիլինոգեն | նորմալ | |
| ԷՍԱ | 3 | մմ/ժ | Լեղաթթուներ | | |
| | | | էպիթել | 0 - 1 | տ/դ |
| Արյան բիոքիմիական հետազոտություն | | | Լեյկոցիտ | եզամիլ | տ/դ |
| Ընդհանուր սպիտակուց | 74,8 | գ/լ | էրիթրոցիտ | | |
| Մեզգոթռպային ազոտ | | գ/լ | Ցիլինդր | | |
| Կրեատինին | 48 | մկմոլ/լ | Լորձ | | |
| Մ[g]աբյուք | 3,2 | մմոլ/լ | Աղեր | | |
| Բիլռուբին - ընդհանուր | 13 | մկմոլ/լ | | | |
| ազատ | 8,4 | մկմոլ/լ | Արյան սերոլոգիական հետազոտություններ | | |
| կապված | 4,6 | մկմոլ/լ | RPR | բաց. | |
| Ամինոտրանսֆերազներ | | | Արյան խումբ | AB(II) | |
| ԱսԱՏ | 25,4 | մկ/Մ | Ռեզուս գործոն | Rh+ | |
| ԱլԱՏ | 17 | մկ/Մ | | | |
| Գլյուկոզա | 5,59 | մմոլ/լ | HIV | բաց. | |
| K | 4,78 | մմոլ/լ | Anti B HCV comb IgG | բաց. | |
| Na | 138 | մմոլ/լ | HBsAG ll comb. | բաց. | |

ԷՍԳ Մինուսային ռիթմ՝ 60զ/ր ՀՍԱՈ մասնակի պաշարում

ԳՕ Ռ՝ սկոպիա-ատացց առանձնահատկությունների

ԳՈՒ ՄՈՑ՝ պատռատխանի կցված է

Հյուսվածքաբանական հետազոտություն՝ պատոսիստանա...

կենտրոնի դեկավար
բ.գ.դ., պրոֆ. Ռ.Հ. Ֆանարջյան

բուժող բժիշկներ
Հ. Բաղսյան Լ.Ս.Գրիգորյան

EOIR – 24 of 56

24



Uploaded on 12/32/2025 at 02:13:03 PM (Pacific Standard Time)  Barai City, YMS
Case 5:26-cv-00313-SPG-DTB   Document 2   Filed 02/27/26   Page 22 of 41   Page ID
#:110

Translation from Armenian

## YEREVAN STATE MEDICAL UNIVERSITY AFTER MKHITAR HERATSI

## "HERATSI" RA №1  NEUROSURGERY AND PALSY TREATMENT SPECIALIZED CENTER

Koryun Str. 2, Yerevan City, 0025, RA     Tel.: (+374 10) 56 52 47, 56 44 27

### DISCHARGE SUMMARY N 7202

**Patient's name**: Mayis  Masis  Nazaryan          **Age**: 01.05.1983

**Address**: Tigran Mets Str. 19, Apt. 4, Ashtarak Town, Aragatsotn Province

**Admission date**: September 14, 2022          **Discharge date**: September 22, 2022

**Patient's condition on admission (anamnesis, objective data)**

The patient was admitted to the clinic complaining of recurring severe headache, shaking , visual hallucinations, sleep disorder.

According to the patient and the accompanying persons  three weeks before the patient had an epileptic seizure with disturbed consciousness. They went to "Ashtarak Medical Center", afterwards  to "Erebouni Medical Center", where a brain MRI  with contrast and an EEG were performed. They consulted a neurosurgeon, a removal of the detected space-occupying neoplasm  was indicated. The patient was admitted to the University  Neurosurgery and Cerebral Palsy Surgery Specialized Center for inpatient treatment.

**Neurological status**

The consciousness is clear, responds to the questions asked, follows the commands. Meningeal signs are absent. The pupils are round, D = S, the light reflex and the corneal reflexes are preserved, ophthalmodynamics are in satisfactory volume. The face is symmetrical, the tongue is on the midline, the swallowing reflex is preserved. Full range of motion in the limbs, muscle strength 5/5. The tendon and periosteal reflexes  D = S. No impaired sensation and abnormal reflexes are detected.

**The final diagnosis**

Intracerebral space-occupying neoplasm in the left cerebral hemisphere medial parietal (precuneus) region (Astrocytoma WHO Grade II), shock syndrome. A condition after posterior interhemispherical osteoplastic craniotomy, after removing the intra-axial neoplasm on the left side of the precuneus.

Residual effects of organic brain damage (neoplasm), according to the anamnesis - with epileptoid seizures.

**The treatment provided**

On 16.09.2022 a posterior interhemispheric osteoplastic craniotomy was performed with removal of the intra-axial neoplasm on the left side of the precuneus.

**Condition on discharge:** No negative dynamics in the neurological status can be seen as compared to those present on the admission.

**Recommendations:**

1. To be under the supervision of a neurologist, a psychiatrist  at the place of residence.

2.To perform an immunohistochemical examination of the removed neoplasm.

3.To come to the Medical Center in 1 month for dynamic brain MRI examination.

4.To take Rispolept 0,5 ml x 2, Letiram 750 mg x 2.

The translation has been made at the Translation Center «Aregak».
We bear the responsibility for the exactness of the translation and not the facts stated in the text.
Ministry of Justice of the Republic of Armenia, a translator taking part in the Notary Operations of Ministry
of Justice of RA.
Director: K. Hakobyan
25.04.2025



ԵՐԵՎԱՆԻ ՄԽԻԹԱՐ ՀԵՐԱՑՈՒ ԱՆՎԱՆ ՊԵՏԱԿԱՆ ԲԺՇԿԱԿԱՆ ՀԱՄԱԼՍԱՐԱՆ
YEREVAN STATE MEDICAL UNIVERSITY AFTER MKHITAR HERATSI
«ՀԵՐԱՑԻ» ԹԻՎ 1 ՀՀ ՆՄԱՐ ՊԱՎՐԲԱԲՈՒԺՈՒԹՅԱՆ ԵԿ ԿԱՔՎԱՐՆԵՐԻ ԲՈՒԺՄԱՆ ՄԱՄՆԱԳԻՏԱՑՎԱԾ ԿԵՆՏՐՈՆ



ՀՀ, 0025, Երևան, Կորյունեի փ. 2      հեռ. (374.10) 56ᵇᵐ52-47, 56ᵇᵐ44-27

ԷՊԻԿՐԻԶ N          7202

Հիվանդի անուն, ազգանուն`          Նազարյան Մայիս Մասիսի          տարիք` 01.05.1983

Հասցե          Արագածոտնի մարզ, ք.Աշտարակ, Սիգրան Մեծի փ...չ.19, բն.4

Ընդունման ամսաթիվ` 14.Սեպտեմբեր, 2022          Դուրս գրման ամսաթիվ` 22 Սեպտեմբեր, 2022

Վիճակն ընդունելիս (անամնեզ, օբյեկնիվ տվյալներ)

Հիվանդն ընդունվել է կլինիկա` զանգատվելով պարբերաբար դիտվող ուժեղ գլխացավից, ցնցումներից, տնֆւդքներից, բնի խաովգարումից:

Ըստ հիվանդի և ուղեկցողների խոսքերի մոտ 3 ջարԸ առաջ հիվանդի մոտ դիտվել են էպիլեպտիկ ցնցումներ գիտակցության խանգարումով: Դիմել են Աշտարակի ԲԿ²այմնդեղով << երեբունի>> ԲԿ, որտեղ կատարվել է գլխուղեղի ՄՌՏ կոնտրաստով, ԷԷԳ: Դիւել են նյարբավիրաբու յժ կրնսուստրաբնվաճ. ցույցվել է կատարել հայտնաբերված ծավլիյալին գյւացության հետագայում: Հիվանդն ընդունվել է համարապանական նյ աթպ ամ լիր ամ ւծ ով ուսին ո ունեդ այ լի ի կ ամ վտ ս ծ ն ե րի վ ի ր ա բ ր ու ժ ու թ յ ա ն մ ա ս ն ա գ ի տ ա ց վ ած կ ե ն տ ր ո ն
Ն ա ր դ ր ա բ ա ն ա կ ա ն ս տ ա տ ո ւ ս ։

Նյարդաբանական ստատուս

Գ ի տ ա կ ց ո ւ թ յ ո ւ ն ը պ ա ր զ է. տ ր վ ա ծ հ ա ր ց ե ր ի ն պ ա տ ա ս խ ա ն ո ւ մ է. հ ր ա հ ա ն գ ն ե ր ը կ ա տ ա ր ո ւ մ։ Մ ե ն ի ն գ ե ա լ ն շ ա ն ն ե ր ը բ ա ց ա կ ա յ ո ւ մ ե ն։ Բ բ ե ր ը կ ր մ ր. D=S. լ ո ւ ս ա յ ի ն ռ ե ա կ ց ի ա ն և կ ո ն ե ն ս ո ռ ե ֆ լ ե ք ս ն ե ր ը պ ա հ պ ա ն վ ա ծ. Հ ի զ ա մ ո ր ն ե ս տ ա մ ի կ ա ն բ ա վ ա ր ա ր ծ ա վ ա լ ։ Դ ե մ ք ը ս ի մ ե տ ր ի կ. լ ե զ ո ւ ն մ ի ջ ի ն գ ծ ո վ. կ լ կ ա ն ա կ տ ր պ ա հ պ ա ն վ ա ծ ։ Շ ա ր ժ ո ւ մ ն ե ր ը վ ե ր ջ ո ւ յ թ ն ե ր ո ւ մ լ ր ի վ ծ ա վ ա լ ո վ. մ կ ա ն ա յ ի ն ո ւ ժ ը 5/5. Ջ լ ա յ ի ն և վ ե ր ո ն ս կ ր ա յ ի ն ռ ե ֆ լ ե ք ս ն ե ր ը D=S. Ջ գ ա ց ո ղ ո ւ թ յ ա ն խ ա ն գ ա ր ո ւ մ ն ե ր և ա խ տ ա բ ա ն ա կ ա ն ռ ե ֆ լ ե ք ս ե ր չ ե ն հ ա յ տ ն ա բ ե ր վ ե լ ։

Վերջնական ախտորոշում

Գ լ խ ո ւ ղ ե ղ ի ձ ա խ կ ի ս ա գ ն դ ի մ ե ղ մ ա լ գ ա ց ի թ ա յ ի ն ( ն ա խ ա ս տ ե ղ ) շ ր ջ ա ն ի ն ե ր ո ւ տ ե դ ա յ ի ն ծ ա վ ա լ ա յ ի ն գ ո յ ա ց ո ւ թ յ ո ւ ն ( Ա ս տ ր ո ց ի տ ո մ ա WHO Grade II), ց ն ց ո ւ մ ա յ ի ն հ ա մ ա խ տ ա ն ի շ ։ Վ ի ճ ա կ հ ե տ ի ն ի ն տ ե ր հ ե մ ի ս ֆ ե ր ի կ ո ս կ ր ա պ լ ա ս տ ի կ կ ր ա ն ի ո տ ո մ ի ա յ ի ց. ձ ա խ ի ց ն ա խ ա ս տ ե ղ ի ի ն տ ր ա պ ս խ ա լ գ ո յ ա ց ո ւ թ յ ա ն հ ե տ ա գ ո ւ մ ի ց հ ե տ ո ։

Գ լ խ ո ւ ղ ե ղ ի օ ր գ ա ն ա կ ա ն ա խ տ ա հ ա ր մ ա ն մ ն ա ց ո ր դ ա յ ի ն ե ր և ո ւ յ թ ն ե ր ( ն ո ր ա գ ո յ ա ց ո ւ թ յ ո ւ ն ), ը ս տ ա ն ե ս մ ն ե զ ի է պ ի լ ե պ ս ա կ ա ն ն ո պ ա ն ե ր ո վ ։

Կատարված բուժումը

16.09.2022թ. կ ա տ ա ր վ ե լ է հ ե տ ի ն ի ն տ ե ր հ ե մ ի ս ֆ ե ր ի կ ո ս կ ր ա պ լ ա ս տ ի կ կ ր ա ն ի ո տ ո մ ի ա` ձ ա խ ի ց ն ա խ ա ս տ ե ղ ի ի ն տ ր ա պ ս խ ա լ գ ո յ ա ց ո ւ թ յ ա ն հ ե տ ա գ ո ւ մ ո ւ մ ։

Վ ի ճ ա կ ը դ ո ւ ր ս գ ր վ ե լ ի ս` ն յ ա ր դ ա բ ա ն ա կ ա ն ս տ ա տ ո ւ ս ո ւ մ ա ռ ա ն ց բ ա ց ա ս ա կ ա ն դ ի ն ա մ ի կ ա յ ի ը ն դ ո ւ ն մ ա ն հ ա մ ե մ ա տ

Խորհուրդներ

1. Գ տ ն վ ե լ ն յ ա ր դ ա բ ա ն ի. հ ո գ ե բ ո ւ յ ժ ի հ ս կ ո ղ ո ւ թ յ ա ն տ ա կ ը ս տ բ ն ա կ ո ւ թ յ ա ն վ ա յ ր ի։

2. Կ ա տ ա ր ե լ հ ե տ ա գ ց վ ա ծ գ ո յ ա ց ո ւ թ յ ա ն ի մ ո ւ ն ո հ ի ս տ ո ք ի մ ի ա կ ա ն հ ե տ ա զ ո տ ո ւ թ յ ո ւ ն

3. Ն ե ր կ ա յ ա ն ա լ 1 ա մ ս ի ց գ լ խ ո ւ ղ ե ղ ի դ ի ն ա մ ի կ ՄՌՏ հ ե տ ա զ ո տ ո ւ թ յ ա ն ն պ ա տ ա կ ո վ

4. Ս տ ա ն ա լ ր ի ս պ ո լ ե պ տ ի ն 0,5 մ կ x2, լ ե ո ի բ ր ա մ 750 մ գ x2

Uploaded On: 12/22/2025 at 02:14:03 PM (Pacific Standard Time) Base City: VNS

Translation from Armenian

23.02.23, 2:10 PM

# EREBOUNI MEDICAL CENTER

—

**Date:** 2023-02-23    14:10:28
**Patient's name:**  Mayis  Masis  Nazaryan

**Date of prescription:** 2023-02-23    12:11
**Age:** 1983-05-01

## DIGITAL COMPUTER ELECTROENCEPHALOGRAPHY
## TOPOGRAPHIC MAPPING OF BRAIN BIOELECTRICAL ACTIVITY

**The date and the time of the EEG recording:** 23.02.23    12:58

**Patient's name:** Mayis Nazaryan

**Age:** 39 years old

**Clinical indications for examination:** Epilepsy?

**Medications being taken at present:** Letiram  1000 mg

**Date of the last seizure:** September 2022

**The system of the recording:** 10-20

**The conditions of the recording :** standard, sleep deprivation, sleep

**The total duration of the recording:** 30 minutes

**The technical conditions of the recording:** sitting, lying. Motion, muscle artifacts. Electrode artifacts. Blink, oculomotor artifacts.

**EEG of the waking state.**  Mainly modulated alpha rhythm is recorded, with a frequency of 9-10 sec. Zonal distribution is preserved. No interhemispheric asymmetry was detected. Reaction to activation is adequate. No abnormal  waves were recorded.

**Hyperventilation.** The test was performed during 3 minutes. The respiratory motions are adequate. The patient tolerated the test satisfactorily.

**EEG conclusion:** The EEG showed no abnormal changes.

Doctor:              (a signature)         Nara  Vervand  Nahapetyan

The translation has been made at the Translation Center «Aregak».
We bear the responsibility for the exactness of the translation and not the facts stated in the text.
Ministry of Justice of the Republic of Armenia, a translator taking part in the Notary Operations of Ministry of Justice of RA
Director: K. Hakobyan
25.04.2025

Uploaded on 12/22/2025 at 02:13:08 PM (Pacific Standard Time) Baza City 02/VNS

2/23/23, 2:10 PM                                                        about:blank



# ԷՐԵԲՈՒՆԻ ԲԺՇԿԱԿԱՆ ԿԵՆՏՐՈՆ
# EREBOUNI MEDICAL CENTER

| **Ամսաթիվ`** | 2023-02-23 14:10:28 | **Նշանակման ամսաթիվ`** | 2023-02-23 12:11 |
| **Հիվանդի ԱԱՀ`** | 582507։ Մայիս Նազարյան Մասիսի | **Տարիք`** | 1983-05-01 |

### Թվային համակարգչային էլեկտրոէնցեֆալոգրաֆիա

### Գլխուղեղի բիոէլեկտրական ակտիվության տեղագրական քարտեզագրում

**ԷԷԳ գրանցման օրը և ժամը:** 23.02.23թ. 12d58ր

**Հիվանդի ԱԱՀ:** Նազարյան Մայիս

**Տարիքը:** 39 տարեկան

**Հետազոտման կլինիկական ցուցումը:** էպիլեպսի՞ա

**Ներկայումս ընդունվող դեղերը:** Լեոիրամ 1000մգ

**Վերջին նոպայի ամսաթիվը:** սեպտեմբեր 2022թ.

**Գրանցման համակարգը:** 10-20

**Գրանցման պայմանները`** ստանդարտ, ընի դեպրիվացիա, քուն

**Գրանցման ընդհանուր տևողությունը** 30 րոպե

**Գրանցման տեխնիկական պայմանները`** նստած, պառկած։ Շարժողական, մկանային արտեֆակտներ։ Էլեկտրոդային արտեֆակտներ։ Աչքերը թարթելու, աչքերի շարժման արտեֆակտներ։

**Արթուն վիճակի ԷԷԳ:** Գրանցվում է հիմնական մոդուլացված ալֆա ռիթմ, 9-10/վրկ հաճախականությամբ։ Ջոնալ տեղաբաշխումը պահպանված է։ Միջկիսագնդային ասիմետրիա չի հայտնաբերվել։ Ակտիվացման ռեակցիան արդխված է։ Պաթոլոգիական ալիքներ չեն գրանցվել։

**Հիպերվենտիլյացիա:** Թեստը իրականացվել է 3 րոպեի ընթացքում։ Ընչառական շարժումները արդխված են։ Թեստը տարել է բավարար։

**ԷԷԳ եզրակացություն:** ԷԷԳ պատկերը առանց պաթոլոգիական փոփոխությունների:

**Բժիշկ`** *[signature]* Նառա Երվանդի Նահապետյան

*[signature]*

about:blank                                                                        1/1

Exhibit D

# DECLARATION

I, **Mikayel Nazaryan**, declare as follows:

I am over the age of eighteen and competent to testify. Everything I state here is based on my personal knowledge and my relationship with my brother. My name is **Mikayel Nazaryan**, and I reside at **10236 McClemont Ave, Tujunga, California 91042**. Mayis Nazaryan is my brother. Before his detention, we lived close to each other and were part of each other's daily lives. We spoke often, and I know his medical condition very well. I am submitting this declaration because I am deeply afraid for my brother's life. I truly believe that if he remains detained, his health will continue to deteriorate and something irreversible may happen. My brother Mayis has a very serious medical history that makes detention extremely dangerous for him. A few years ago, Mayis was diagnosed with brain cancer. This was one of the most frightening experiences our family has ever faced. He underwent an open surgery on his head to remove a tumor. This was not a simple procedure—it was a major operation involving his brain. Even after surviving surgery, Mayis has never been fully stable. His nervous system and brain have been fragile ever since. Following the surgery, Mayis developed neurological complications, including epilepsy. He has been diagnosed with a seizure disorder and depends on anti-seizure medication. Epilepsy is a condition where seizures can occur suddenly and without warning. A seizure is not just stress or discomfort—it can involve loss of consciousness, uncontrollable shaking, collapse, or serious injury. For someone like Mayis, who already had brain surgery, seizures are especially dangerous. They can cause further brain trauma or even become life-threatening. Before Mayis was detained, he was living in the community. He was trying to maintain stability, follow medical care, and live a normal life. Since ICE detained him, everything has changed dramatically. I have learned that while in

detention at Adelanto, Mayis is now experiencing seizures and neurological episodes almost every

day. This is extremely alarming because daily seizures indicate that his condition is not controlled

and may be worsening. Although the facility provides medication, it is clear that his health is not

stable. Epilepsy requires consistent specialist oversight, careful medication monitoring, and an

environment where seizures can be safely treated. A detention facility is not a hospital. It is not

equipped to respond properly to repeated neurological emergencies. I fear that each seizure places

Mayis at risk of collapsing, hitting his head, suffering brain damage, or even dying if the seizure

becomes prolonged. Stress and fear are known triggers for seizures. Detention creates constant

anxiety, uncertainty, and emotional trauma. My brother is living under extreme pressure every day.

He does not feel safe. He is surrounded by confinement, noise, and fear. This stress is not only

harming his mental health—it is directly worsening his neurological condition. Mayis has told our

family that he feels unstable, scared, and physically unwell. He is not improving in detention; he

is declining. In addition to seizures, Mayis is suffering severe anxiety and emotional breakdown.

Detention has stripped him of hope and stability. He is overwhelmed, frightened, and mentally

exhausted. As his brother, it is heartbreaking to witness someone you love losing their health and

emotional strength in this way. I truly believe that continued detention is pushing him toward a

crisis, both physically and psychologically. Mayis is not a violent person. He is not a danger to

anyone. Before detention, he was working lawfully in California with a valid Employment

Authorization Document. He worked as an auto body technician and supported himself through

honest labor. He was trying to build a stable future, comply with the law, and live responsibly. His

detention did not occur because he posed any threat. He was taken into ICE custody following an

encounter related only to an expired driver's license. Our family is extremely worried that Mayis

will not survive continued detention. He urgently needs to be released so he can receive proper

neurological treatment, seizure monitoring, and mental health support. He has family members ready to care for him immediately, transport him to doctors, and ensure full compliance with any supervision requirements. I respectfully and sincerely ask this Court to recognize the urgent medical danger: Mayis is experiencing daily seizures, severe anxiety, and rapid deterioration in ICE custody. Please do not allow his condition to reach the point where it is too late. He needs immediate release to protect his life. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 18, 2026

**Mikayel Nazaryan**
Brother of Mayis Nazaryan
10522 N. Canyon Blvd
Tujunga, CA 91042



UNITED STATES OF AMERICA
EMPLOYMENT AUTHORIZATION

NOT VALID FOR REENTRY TO U.S.

Surname
NAZARYAN

Given Name
MIKAYEL

USCIS#
244-006-998

Category Card#
C08 IOE09212329806

Terms and Conditions
None

Date of Birth
23 JAN 1993

Sex
M

Country of Birth
Armenia

Valid From: 09/30/23
Card Expires: 09/29/28

Exhibit E

**SPONSOR SUPPORT LETTER**

**Rafik Asaturyan**
320 McHenry Rd, Unit 2
Glendale, CA 91206
Phone:
**Email:**

**Date:** February 17, 2026

To Whom It May Concern,

My name is Rafik Asaturyan, and I am writing this letter in full support of my nephew, Mais Nazarian (A# 244-296-427), who is currently detained at the Adelanto ICE Processing Center.

I am a United States citizen and Mais's maternal uncle (his mother's brother). I am extremely concerned about Mais's health and safety while he remains in detention.

Mais has a very serious and well-documented medical history. He has suffered from brain cancer and previously underwent an open cranial surgery. In addition, Mais has also been diagnosed with epilepsy, which places him at high risk for seizures and neurological emergencies, especially in stressful or medically unsupported environments.

Since entering detention, Mais's condition has significantly worsened. He has been experiencing severe daily episodes of anxiety, dangerously high blood pressure, and neurological distress. I fear that continued detention places him at immediate risk of seizures, serious complications, and irreversible harm.

I am fully prepared to sponsor Mais's release immediately. If he is released, Mais will live with me at my home located at:

**320 McHenry Rd, Unit 2**
**Glendale, CA 91206**

I will provide him with stable housing, full financial and emotional support, and most importantly, I will ensure that he receives urgent medical care outside of detention. I will personally assist Mais in obtaining follow-up treatment with neurologists, epilepsy specialists, and any other medical providers necessary for his condition.

I also want to assure the Court that Mais is not a danger to the community and is not a flight risk. Before his detention, he was living peacefully, working lawfully in the United States, and trying to build a stable life. I will make sure that he attends all immigration court hearings and fully complies with any ICE

reporting requirements or conditions of release.

Given Mais's serious medical vulnerability — including brain surgery history and epilepsy — and the urgent humanitarian concerns involved, I respectfully request that he be released immediately so that he may obtain proper medical treatment and recover safely under family supervision.

Thank you very much for your time and consideration.

Sincerely,

**Rafik Asaturyan**
U.S. Citizen Sponsor and Uncle of Mais Nazarian

*Asaturian R.*                    02/19/26

Exhibit F



# Exhibit G

## EMPLOYER SUPPORT LETTER

**Zoom Auto Body Inc.**
240 N. Hill Avenue
Pasadena, CA 91106
Tel: (626) 683-0636
Email: aisayan@zoomautobody.net

**Date:** February 17, 2026

To Whom It May Concern,

My name is **Andrey Isayan**, and I am writing on behalf of **Zoom Auto Body Inc.** in strong support of our employee, **Mais Nazarian (A# 244-296-427)**.

Mais worked at our shop as an **Auto Body Technician (Body man)**. During his time with us, he proved himself to be a dependable, respectful, and hardworking worker. He consistently came to work ready to do his job, treated everyone professionally, and was someone our team could trust.

Mais was lawfully authorized to work in the United States, and he was doing honest work to support himself and build a stable life. We were very surprised and saddened to learn that he was detained, especially knowing that he has serious medical issues.

We understand that Mais has a significant medical history, including prior brain cancer surgery and epilepsy. We are genuinely concerned about his health and well-being while he remains in detention, and we respectfully support his urgent release so that he may receive proper medical care.

If Mais is released, we would gladly welcome him back to work immediately. He is a valued member of our workplace, and we truly hope he can return to his normal life as soon as possible.

Please feel free to contact me if you need any additional information.

Thank you for your time and consideration.

Sincerely,

**Andrey Isayan**
Owner/Manager
Zoom Auto Body Inc.
Tel: ((626) 683-0636
Email: aisayan@zoomautobody.net

# Exhibit H

California USA

DRIVER LICENSE

CLASS C

END NONE

12311971

EYES BLU

ISS 11/29/2023

DL D2850556

EXP 12/31/2028

LN ISAYAN
FN ANDREY
1016 E VERDUGO AVE
BURBANK, CA 91501

DOB 12/31/1971

RSTR NONE

SEX M    HAIR BLK
HGT 5'-07"    WGT 180 lb

DD 11/29/2023509D0/AAFD/28