JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAYIS NAZARYAN,<br><br>        Petitioner,<br><br>        v.<br><br>WARDEN, ADELANTO ICE PROCESSIONG CENTER, et al,<br><br>        Respondents. | Case No. 5:26-cv-00913-SPG (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED:   May 7, 2026

HON. SHERILYN PEACH GARNETT
UNITED STATES DISTRICT JUDGE

1